UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | CR 1:16-034 |
| | ) | |
| KRYSTAL ANGEL ARECHIGA | ) | |

**ORDER ON MOTION FOR LEAVE OF ABSENCE**

**J. Grady Blanchard** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT J. Grady Blanchard** be granted leave of absence for the following periods: **July 1, 2016 through July 11, 2016; July 22, 2016 through August 2, 2016; August 18, 2016 through August 19, 2016.**

This 7th day of July, 2016.

HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia